## Commonwealth *v.* Gaito, Appellant.

 *Joseph Gaito,* appellant, in propria persona; *Carol Mary*

*Los* and *Robert L. Campbell,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.